# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-0879
_____

JUAN CARLOS GARCIA,

Appellant,

v.

FLORIDA COMMISSION ON
OFFENDER REVIEW, et al.,

Appellees.

_____

On appeal from the Circuit Court for Leon County.
J. Lee Marsh, Judge.

April 30, 2024

PER CURIAM.

AFFIRMED.

B.L. THOMAS, ROBERTS, and ROWE, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Juan Carlos Garcia, pro se, Appellant.

Rana M. Wallace, General Counsel, and Mark J. Hiers, Deputy General Counsel, Tallahassee, for Appellees.